UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

MATTER OF:

ANGELA CHANTELLE MITCHELL            CASE NO.: 08-11003
   DEBTOR                                    CHAPTER 7

O R D E R

Considering the Motion of U.S. Bank to Vacate the Order for Relief and to Re-Instate Automatic Stay [P-102], the provisions of 11 U.S.C. §362(c) and the record of this case, specifically its closing on February 2, 2011,

**IT IS ORDERED** that the Motion of U.S. Bank to Vacate the Order for Relief and to Re-Instate Automatic Stay is DENIED AS MOOT.

Baton Rouge, Louisiana, March 11, 2011.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE